**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**

ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | : | |
| PAUL H. ROBINSON, JR. | : | **Case No.** _22-54791-bem_ |
| | : | **Chapter** _7_____ |
| **Debtor** | : | |
| | : | |

**STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))**

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐  I am unemployed; or

☐  I am self-employed; or

☐  My employer did not provide pay stubs.

☑  Other
   _My only income was from social security._____

Dated: _7/6/2022_____          _____/s/ Paul H. Robinson, Jr._____
                                                          Debtor